IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENT WALL and THOMAS PAOLINO,**　　　　　　　　　　　　**PLAINTIFFS**
each individually and on behalf of all others
similarly situated

v.　　　　　　　　CASE NO. 4:19-CV-00465-BSM

**SIGNAL HILL TELECOM**
**SERVICES U.S., INC.**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the verdict entered today, this case is dismissed.

IT IS SO ORDERED this 10th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE